**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHELBY GREENE, | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:16-cv-0901-ESH |
| DONALD L. HENSE, *et al.*, | |
| **Defendants.** | |

## ORDER

The Court held a status hearing this date to address the outstanding issues pertaining to plaintiffs' two motions for sanctions (Pls.' 1st Mot., June 15, 2018, ECF No. 83; Pls' 2d Mot., Aug. 1, 2018, ECF No. 92), as to which Magistrate Judge Robinson recently issued a ruling on December 13, 2018.  (*See* Mem. Order, Dec. 13, 2018, ECF No. 102.)

For the reasons stated in open court, it is hereby **ORDERED** that:

(1)    By **January 4, 2019**, plaintiff shall file a Third Amended Complaint that omits the dismissed counts (Counts II, III and IV), without renumbering the remaining counts, and omits Donald Hense as a defendant.

(2)    Plaintiffs' first motion for sanctions is **GRANTED IN PART AND DENIED IN PART** as follows:

a.    At defendants' expense, plaintiff shall depose Kathryn Procope on **January 4, 2019**.  The deposition shall last no more than four and one-half hours from start to finish, with four hours available for the deposition itself and 30 minutes available for breaks.  At defendants' expense, an expedited transcript shall be ordered and completed within three business days.

b.       Plaintiff shall file any supplement to her opposition to the motion for summary judgment, of no more than 8 pages, by **January 14, 2019, at 5:00 p.m**.

c.       Defendants shall file any reply to plaintiffs' supplement, of no more than 8 pages, by **January 22, 2019, at 5:00 p.m**.

d.       Plaintiff has been awarded "costs associated with the first . . . motion[] for sanctions." (Mem. Order at 5.)  All other requests for sanctions are **DENIED**.

(2)      Plaintiff's second motion for sanctions is **DENIED**.   The magistrate judge did not expressly address most of plaintiff's requested sanctions, but plaintiff's counsel confirmed in open court that the documents at issue were produced a week after the motion was filed.  Under those circumstances, and having reviewed the motion and related filings, this Court concludes that no sanctions are warranted.

**SO ORDERED.**



_____
ELLEN S. HUVELLE
United States District Judge

Date:   December 19, 2018

2